# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER JOHN BRUMBAUGH, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-1321 |
| v. | : | (JUDGE MANNION) |
| NANCY A. BERRYHILL,<br>Acting Commissioner<br>of Social Security | : | |
| | : | |
| Defendant | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Cohn, **(Doc. 19)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's complaint appealing the final decision of the Commissioner denying his claims for DIB and SSI, **(Doc. 1)**, is **DENIED**, and the plaintiff's objections to Judge Cohn's report, **(Doc. 20)**, are **OVERRULED**;

**(3)** the decision of the Commissioner is **AFFIRMED**; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 23, 2019**
16-1321-01-ORDER.wpd